UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLIMATE INVESTIGATIONS CENTER,

Plaintiff,

v.

COUNCIL ON ENVIRONMENTAL
QUALITY,

Defendant.

Civil Action No. 23-0078 (JMC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date: ____May 21, 2024_____          Respectfully submitted,

|  |  |
|---|---|
| | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| By: */s/ Zehava Robbins* (with permission) | United States Attorney |
| ZEHAVA ROBBINS | |
| D.C. Bar # 242265 | BRIAN P. HUDAK |
| Essential Information, Inc. | Chief, Civil Division |
| 1718 Connecticut Ave. NW | |
| Washington, DC 20009 | |
| (202) 643-6267 | By:    */s/ Anna D. Walker* |
| zrobbins@essential.org | ANNA D. WALKER |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 601 D. Street, NW |
| | Washington, District of Columbia 20530 |
| | Telephone: (202) 252-2544 |
| | Anna.Walker@usdoj.gov |
| | |
| | *Attorneys for the United States* |

- 5 -